USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALAN G. STEVENS, individually and on behalf     :     10 Civ. 4481 (SHS)
of all others similarly situated,

                     : 

              Plaintiff,

                     : 

      -against-                     ORDER

                     : 

SEMBCORP UTILITIES PTE. LTD.,

                     : 

              Defendant.

------------------------------------------------------------------x

       A pretrial conference having been held on June 18, 2010, with counsel for all

parties present, and argument having been heard on plaintiff's request for a temporary restraining

order,

       IT IS HEREBY ORDERED that, at plaintiff's request, its application for a

temporary restraining order is withdrawn.


Dated: New York, New York
       June 21, 2010

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.