UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN G. STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>SEMBCORP UTILITIES PTE LTD.,<br><br>                    Defendant. | 10 Civ. 4481 (SHS) |

NOTICE OF CROSS MOTION FOR AWARD OF
ATTORNEYS' FEES AND EXPENSES

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, and the Declaration of Anthony M. Candido and the exhibit attached thereto, Defendant Sembcorp Utilities Pte Ltd. ("Sembcorp"), by and through its undersigned attorneys, hereby cross moves before the Honorable Sidney H. Stein, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an Order, awarding Sembcorp attorneys' fees and expenses.

Dated: New York, New York
       December 13, 2010

                                              /s/
                                        William E. Wallace III
                                        Anthony M. Candido
                                        John J. Song
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, New York 10019
                                        Tel: 212-878-8000
                                        Fax: 212-878-8375

                                        *Attorneys for Defendant*
                                        *Sembcorp Utilities Pte Ltd.*